AO 245B (Rev. 6/05 - Judgment in a Criminal Case)

# United States District Court
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>JENNIFER SEARS | **JUDGMENT IN A CRIMINAL CASE**<br><br>USDC Case Number: CR-08-00720-002 SBA<br>BOP Case Number: DCAN408CR000720-002<br>USM Number:<br>Defendant's Attorney :DAVID BILLINGSLEY |

## THE DEFENDANT:

[x]  pleaded guilty to count(s): one of the Indictment .
[ ]  pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1029(b)(2) | CONSPIRACY TO COMMIT ACCESS DEVICE FRAUD | MAY 2005 | ONE |

    The defendant is sentenced as provided in pages 2 through  7  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s) ___.

[x]  Count(s) all remaining counts of the Indictment  (is)(are) dismissed on the motion of the United States.

    IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

7/6/09
Date of Imposition of Judgment

*Saundra B Armstrong*
Signature of Judicial Officer

Honorable Saundra B. Armstrong, U. S. District Judge
Name & Title of Judicial Officer

7/13/09
Date

AO 245B (Rev.  12/03) (CAND Rev. 3/07) Judgment in a Criminal Case - Probation

| | | |
|---|---|---|
| DEFENDANT: | JENNIFER SEARS | Judgment - Page 2  of  7 |
| CASE NUMBER: | CR-08-00720-002 SBA | |

## PROBATION

The defendant is hereby sentenced to probation for a term of  3 years. .

The defendant shall not commit another federal, state, or local crime.  The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of placement on probation and two periodic drug tests thereafter.

[ ]    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check if applicable.)

[x]    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check if applicable.)

[x]    The defendant shall cooperate in the collection of DNA as direct as directed by the probation officer. (Check if applicable.)

[ ]    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as direct by the probation officer. (Check if applicable.)

[ ]    The defendant shall participate in an approved program for domestic violence. (Check if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well with any additional conditions in this judgment.

Any appearance bond filed on behalf of the defendant is hereby exonerated.

## STANDARD CONDITIONS

1)    The defendant shall not leave the judicial district without permission of the court or probation officer;

2)    The defendant shall report to the probation officer, and shall submit a truthful and complete written report within the first five days of each month;

3)    The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    The defendant shall support his or her dependants and meet other family responsibilities;

5)    The defendant shall work regularly at a lawful occupation,  unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court; and

13)    As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev.  12/03) (CAND Rev. 3/07) Judgment in a Criminal Case - Probation

DEFENDANT:       JENNIFER SEARS                                          Judgment - Page 3  of  7
CASE NUMBER:     CR-08-00720-002 SBA

## SPECIAL CONDITIONS OF PROBATION

1.      The defendant shall participate in a substance abuse program that includes treatment and testing, as directed
        by the probation officer.  The maximum number of urinalysis tests administered each month (whether by
        a treatment provider or the U.S. Probation Office) shall not exceed eight (8) tests per month.  The defendant
        is to pay for part or all of the cost of treatment, in an amount not to exceed the total cost of urinalysis and
        counseling.  The defendant shall adhere to a co-payment schedule as determined by the probation officer.

2.      The defendant shall participate in and complete an educational program, vocational training, and/or a GED
        preparation course during the term of probation, as directed by the probation officer.

3.      The defendant shall provide the probation officer with access to any financial information, including tax
        returns, and shall authorize the probation officer to conduct credit checks and obtain copies of income tax
        returns.

4.      The defendant shall not open any new lines of credit and/or incur new debt without the prior permission of
        the probation officer.

5.      The defendant shall participate in the Home Confinement with Electronic Monitoring Program and shall
        abide by all the requirements of the program for a period of six months.  Other location verification methods
        may be utilized in conjunction with this program.  The defendant shall pay the cost of monitoring at the
        prevailing rate unless it is determined by the probation officer that she lacks the ability to pay.  A co-
        payment amount will then be determined by the probation officer.  The defendant is restricted to her
        residence at all times except for activities which have been pre-approved by the probation officer, including
        employment, education, religious services, medical, substance abuse, or mental health treatment, attorney
        visits, court appearances, or court ordered obligations.  During the term of home confinement, the defendant
        shall abstain from the use of alcohol and shall submit to drug or alcohol testing as directed by the probation
        officer.

6.      The defendant shall submit her person, residence, office, vehicle, or any property under her control to a
        search.  Such a search shall be conducted by a United States Probation Officer at a reasonable time and in
        a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a
        condition of release.  Failure to submit to such a search may be grounds for revocation; the defendant shall
        warn any residents that the premises may be subject to searches.

7.      The defendant shall not possess any false identification and shall provide her true identity at all times.

8.      The defendant shall not own or possess any firearms, ammunition, destructive devices, or other dangerous
        weapons.

9.      The defendant shall cooperate in the collection of DNA as directed by the probation officer.

AO 245B (Rev.  12/03) (CAND Rev. 3/07) Judgment in a Criminal Case - Probation

DEFENDANT:        JENNIFER SEARS                                    Judgment - Page 4  of  7
CASE NUMBER:      CR-08-00720-002 SBA

AO 245B (Rev.  12/03) - Judgment in a Criminal Case - sheet 6 - Schedule of Payments

| | |
|---|---|
| DEFENDANT:        JENNIFER SEARS | Judgment - Page 5  of  7 |
| CASE NUMBER:   CR-08-00720-002 SBA | |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100.00 | $ | $ 17,600.00 |

[ ]  The determination of restitution is deferred until  _.  An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ]  The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TO BE DETERMINED | | | |
| Totals: | $ _ | $ _ | |

[ ]  Restitution amount ordered pursuant to plea agreement $ _

[ ]  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine  is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6, may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]  The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

[  ]   the interest requirement is waived for the      [ ] fine    [ ] restitution.

[  ]   the interest requirement for the      [  ]  fine     [  ] restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 12/03) - Judgment in a Criminal Case - sheet 6 - Schedule of Payments

DEFENDANT:     JENNIFER SEARS                        Judgment - Page 6 of 7
CASE NUMBER:    CR-08-00720-002 SBA

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  [**x**]  Lump sum payment of $17,700.00 due immediately, balance due

    [ ]   not later than _____, or

    [**x**]  in accordance with ( ) C, ( ) D, ( ) E or (**x**) F below; or

B  [ ]  Payment to begin immediately (may be combined with ( ) C, ( ) D, or ( ) F below); or

C  [ ]  Payment in equal    (e.g. weekly, monthly, quarterly) installments of $ _ over a period of __ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D  [ ]  Payment in equal    (e.g. weekly, monthly, quarterly) installments of $ _ over a period of __ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  [ ]  Payment during the term of supervised release will commence within (e,g, 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  [**x**]  Special instructions regarding the payment of criminal monetary penalties:
The defendant shall pay restitution totaling $17,600, which shall be due immediately, to the victims listed on a spreadsheet provided by the government within 90 days of Judgment and Sentencing.

Payment of restitution shall commence within 90 days of Judgment and Sentencing and shall be made in minimum monthly installments of $100, until paid in full. The defendant's restitution obligation shall be paid jointly and severally with Mark Maldonado and any other defendants in this case, until paid in full.

It is further ordered that the defendant shall pay to the United States a special assessment of $100, which is due immediately. The special assessment shall be paid to the Clerk of U.S. District Court, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

The Court finds the defendant does not have the ability to pay and, therefore, orders the fine waived.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B (Rev.  12/03) - Judgment in a Criminal Case - sheet 6 - Schedule of Payments

| DEFENDANT: | JENNIFER SEARS | Judgment - Page 7  of  7 |
|---|---|---|
| CASE NUMBER: | CR-08-00720-002 SBA | |

[**x**]  Joint and Several

| Defendant and co-defendant Names | Case Numbers (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee (if appropriate) |
|---|---|---|---|---|
| MARK MALDONADO | CR-08-720-01 SBA | $17,600.00 | $17,600.00 | |

[ ]   The defendant shall pay the cost of prosecution.

[ ]   The defendant shall pay the following court cost(s):

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.