

E-FILED

CHAMBER'S COPY

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | JOSHUA HILL (CABN 250842)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340-S<br>Oakland, California 94612<br>Telephone: (510) 637-3740 |
| 7 | Facsimile: (510) 637-3724<br>E-Mail: Joshua.Hill2@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-720 SBA |
| Plaintiff, | ) | STIPULATION AND [P~~ROPOSED~~]<br>ORDER REGARDING RESTITUTION |
| v. | ) | |
| JENNIFER SEARS, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between and among the plaintiff through its attorney, Joshua Hill, the defendant Jennifer Sears, the defendant's attorney, David Billingsley, and the United States Probation Office, through United States Probation Officer Cheryl Simone, that the defendant Jennifer Sears shall pay restitution totaling $15,636.59 to the victims listed on the spreadsheet attached hereto. It is further agreed that payment of restitution shall commence on October 1, 2009 and shall be made in minimum monthly installments of $100, until paid in full. The defendant's restitution obligation shall be paid jointly and severally with Mark Maldonado and any other defendants in this case, until paid in full.

///

///

IT IS SO STIPULATED:

Dated: July __, 2009

_____
JENNIFER SEARS
Defendant

Dated: July __, 2009

_____
DAVID BILLINGSLEY
Attorney for Sears

Dated: July __, 2009

*/s/ Cheryl L. Simone*
CHERYL L. SIMONE
United States Probation Officer

Dated: July __, 2009

_____
JOSHUA HILL
Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the defendant Jennifer Sears shall pay restitution totaling $15,636.59 to the victims listed on the spreadsheet attached hereto. Payment of restitution shall commence on October 1, 2009 and shall be made in minimum monthly installments of $100, until paid in full. Restitution payments shall be made payable to the Clerk of the U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102. The defendant's restitution obligation shall be paid jointly and severally with Mark Maldonado and any other defendants in this case, until paid in full.

DATED: July ___, 2009

_____
HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge

```
 1  IT IS SO STIPULATED:
 2  Dated: July [ ], 2009
                                        _____
 3                                      JENNIFER SEARS
                                        Defendant
 4
    Dated: July [ 7 ], 2009
 5                                      _____
                                        DAVID BILLINGSLEY
 6                                      Attorney for Sears

 7  Dated; July ___, 2009
                                        _____
 8                                      CHERYL L. SIMONE
                                        United States Probation Officer
 9
    Dated: July 21, 2009
10                                      _____
                                        JOSHUA HILL
11                                      Assistant United States Attorney

12                                    ORDER

13      GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the defendant

14  Jennifer Sears shall pay restitution totaling $15,636.59 to the victims listed on the spreadsheet

15  attached hereto. Payment of restitution shall commence on October 1, 2009 and shall be made in

16  minimum monthly installments of $100, until paid in full. Restitution payments shall be made

17  payable to the Clerk of the U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave.,

18  Box 36060, San Francisco, CA 94102. The defendant's restitution obligation shall be paid

19  jointly and severally with Mark Maldonado and any other defendants in this case, until paid in

20  full.

21
22  DATED: July 27, 2009
                                        _____
23                                      HONORABLE SAUNDRA B. ARMSTRONG
                                        United States District Court Judge
```

-2-

RESTITUTION WORKSHEET

| Case Number: | CR 08-00720-01 | Defendant: | Jennifer Sears | Total Restitution Ordered: | $15,636.59 | Prepared by: | Michael R. Muniz, Postal Inspector | Date Prepared: | 7-Jul-09 |
|---|---|---|---|---|---|---|---|---|---|

| Victim's Last Name | Victim's First Name | Victim's Restitution Amount | Victim's Address | City | State | Zip |
|---|---|---|---|---|---|---|
| Beers | Melissa | 858.86 | | Fremont | CA | 94536 |
| Hsu | Danny | 630.37 | | Fremont | CA | 94539 |
| Barton | Angelina | 559.95 | | Fremont | CA | 94536 |
| Kaleem | Shameela | 4,794.82 | | Fremont | CA | 94539 |
| Brand | James | 1,615.99 | | Fremont | CA | 94587 |
| Wong | Amy | 1,095.71 | | Fremont | CA | 94539 |
| Srivastava | Akriti | 1,946.35 | | Fremont | CA | 94536 |
| Srivastava | Nilanjna | 861.80 | | Fremont | CA | 94536 |
| Agcaoili | Arnaldo | 1,441.71 | | Fremont | CA | 94536 |
| Dooley | Kevin | 1,831.03 | | Fremont | CA | 94539 |
| TOTAL: | | 15,636.59 | | | | |