UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-0720 SBA |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER AMENDING JUDGMENT TO CORRECT RESTITUTION AMOUNT AND RESTITUTION PAYEES |
| v. | ) ) | |
| JENNIFER SEARS, | ) ) | |
| Defendant. | ) ) ) ) ) | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the Judgment in a Criminal Case as to Jennifer Sears, filed July 14, 2009, shall be amended to reflect restitution in the amount of $15,636.59 payable to the victims listed as follows:

| Victim | Restitution Amount |
|---|---|
| Discover Financial Services<br>P.O. Box 3005<br>New Albany, Ohio 43054<br>Attn: Deb Surowicz | $2,049.18 |
| Citibank<br>6750 Van Nuys Boulevard, 2nd Floor<br>Van Nuys, CA 91405<br>Contact: Diana Lindstrom, (818) 989-7136 | $8,067.56 |

STIP. REQ. TO AMEND JUDGMENT
No. CR-08-0720 SBA

| | |
|---|---|
| American Express<br>888 S. Figueroa Street, Suite 1770<br>Los Angeles, CA 90017<br>Contact: Lisa Lee (213) 996-4282 | $5,519.85 |

It is further ordered that payment of restitution is due immediately. However, if the defendant is unable to pay the restitution immediately, it shall be paid through the defendant's participation in the Bureau of Prisons' Inmate Financial Responsibility Program. While incarcerated, payment of restitution shall be at the rate of $25 per quarter. It is further agreed that any balance that remains unpaid at the commencement of the term of supervised release shall be paid at the rate of $100 per month unless the probation officer seeks modification due to the defendant's ability to make payments. Restitution payments shall be made payable to the Clerk of the U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102. The defendant's restitution obligation shall be paid jointly and severally with Mark Maldonado and any other defendants in this case, until paid in full.

DATED: 12/1/10

_Saundra B Armstrong_
HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge

STIP. REQ. TO AMEND JUDGMENT
No. CR-08-0720 SBA